THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. NO. 4:22-CR-107-SDJ-CAN-1 |
| | § | |
| ODIS EDWARDS | § | |

MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 21, 2023, the Magistrate Judge entered proposed findings of fact and recommendations that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of fifteen (15) months, with twenty-one (21) months of supervised release to follow. *See* Dkt. #17. The Magistrate Judge further recommended that Defendant be placed under the same conditions as those under which he was placed when originally released. *See id.* The Magistrate Judge further recommended that Defendant be placed at Federal Correctional Institute, Seagoville, if appropriate. *See id.*

Having received the Report of the United States Magistrate Judge (Dkt. #17) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #16), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be

1

imprisoned for a term of fifteen (15) months, with twenty-one (21) months of supervised release to follow. Defendant shall be placed under the same conditions as those under which he was placed when originally released. Defendant shall be placed at Federal Correctional Institute, Seagoville, if appropriate.

**So ORDERED and SIGNED this 24th day of August, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE